3

1  WILLIAM D. PAHLAND, JR. (Bar No. 215332)
   MILLER STARR REGALIA
2  A Professional Law Corporation
   1331 N. California Blvd., Fifth Floor
3  Post Office Box 8177
   Walnut Creek, California 94596
4  Telephone:   (925) 935-9400
   Facsimile:    (925) 933-4126
5  Email: william.pahland@msrlegal.com

6  Attorneys for Creditor
   CHICO LAND DESIGN PROPERTIES
7  CORPORATION

FILED

NOV - 5 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In Re: | Case No. 10-46031-E-13L |
|---|---|
| TERRY LEE TAYLOR, dba FOUR SEASONS ROOFING; and LISA LOUIS TAYLOR, | Chapter 13 |
| Debtors. | |

STIPULATION BY DEBTORS, TERRY LEE TAYLOR dba FOUR SEASONS ROOFING AND LISA LOUIS TAYLOR, AND CREDITOR, CHICO LAND DESIGN PROPERTIES CORPORATION FOR RELIEF FROM AUTOMATIC STAY

RECITALS

A.  WHEREAS, TERRY LEE TAYLOR, dba FOUR SEASONS ROOFING ("Debtor") entered into a construction contract to install roofing and waterproofing systems at the Yosemite Terrace Apartment Complaint (the "Project"). The Project is located in Chico, California.

B.  WHEREAS, following Debtor's completion of its work at the Project, the Project was sold to Yosemite Terrace Apartment Investors, L.P. ("YTAI"). After purchasing and obtaining possession of the Project, YTAI filed a Complaint in Butte County Superior Court as Case Number 142072 (the "Action") alleging that Debtor's work at the Project was defective.

LTPA\45501\823178.1                    -1-        STIPULATION BY DEBTOR AND CREDITOR
                                                  FOR RELIEF FROM STAY

3

C.  WHEREAS, in connection with YTAI's lawsuit, CHICO LAND DESIGN PROPERTIES CORPORATION ("Creditor") filed a cross-complaint naming Debtor as a cross-defendant and asserting theories of equitable indemnity, express indemnity, and declaratory relief against Debtor.

D.  WHEREAS, upon receiving service of Summons in the Action, Debtor tendered to his insurers the defense and indemnity of the Action.

E.  WHEREAS, Debtor's insurers accepted Debtor's tender and retained counsel on its behalf.

F.  WHEREAS, on October 5, 2010, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

G.  WHEREAS, Creditor seeks relief from the automatic stay to allow it to continue the above-referenced litigation against Debtor to litigate the extent of Debtor's liability, if any, and to seek recovery of any such liability from Debtor's insurance carrier(s) through judgment and appeals, if any, regarding any and all claims and defenses.

H.  WHEREAS, the parties believe that the Stipulation is in the best interest of creditors. Based on the foregoing:

IT IS HEREBY STIPULATED by and between Debtor and Creditor that:

1.  Upon entry of an Order by the Bankruptcy Court approving this Stipulation, Creditor will immediately be granted relief from the automatic stay for the limited purpose of proceeding with the Action against Debtor to litigate the extent of Debtor's liability, so long as Debtor is being defended by its insurance carrier(s), and to seek recovery of any such liability from Debtor's insurance carrier(s) only through judgment and appeals, if any, regarding any and all claims and defenses. Creditor does not waive its right to submit a Proof of Claim and recover from Debtor's bankruptcy estate.

2.  This Stipulation shall remain binding if this case is converted to any other chapter under the Bankruptcy Code.

3

1  Dated:  October 25, 2010                    MILLER STARR REGALIA

2

3                                              By: _____
                                                   WILLIAM D. PAHLAND, JR.
4                                                  Attorneys for Creditor CHICO LAND
                                                   DESIGN PROPERTIES CORPORATION
5

6  Dated:  October 28, 2010                    JACOBS, ANDERSON, POTTER &
                                                CHAPLIN, LLP
7

8

9                                              By: _____
                                                   DOUGLAS B. JACOBS, Attorney for
10                                                 Debtors, TERRY LEE TAYLOR, dba
                                                   FOUR SEASONS ROOFING; and
11                                                 LISA LOUIS TAYLOR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-    STIPULATION BY DEBTOR AND CREDITOR
       FOR RELIEF FROM STAY